**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Pearhead, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 210799 | 7/1/2022 | $54.72 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 208100 | 6/3/2022 | $285.42 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 208615 | 6/10/2022 | $1,600.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 208616 | 6/10/2022 | $2,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 208630 | 6/10/2022 | $5,400.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 209409 | 6/17/2022 | $264.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 209413 | 6/17/2022 | $537.55 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 209903 | 6/23/2022 | $351.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 197157 | 3/3/2022 | $71.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 210797 | 7/1/2022 | $1,533.22 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 208045 | 6/3/2022 | $357.42 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 211372 | 7/8/2022 | $2,229.42 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 211387 | 7/8/2022 | $1,991.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 211393 | 7/8/2022 | $4,278.78 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 211416 | 7/8/2022 | $3,500.79 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 211418 | 7/8/2022 | $868.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 212801 | 7/22/2022 | $23.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 212802 | 7/22/2022 | $144.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 212803 | 7/22/2022 | $190.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 210680 | 7/1/2022 | $3,585.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 206170 | 5/19/2022 | $5,055.05 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 197162 | 3/3/2022 | $23.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 200959 | 4/1/2022 | $93.42 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 200966 | 4/1/2022 | $79.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 206083 | 5/19/2022 | $6,708.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 206093 | 5/19/2022 | $2,684.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 206096 | 5/19/2022 | $2,748.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 206098 | 5/19/2022 | $1,473.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 206103 | 5/19/2022 | $2,219.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 208088 | 6/3/2022 | $441.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 206114 | 5/19/2022 | $917.40 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 208082 | 6/3/2022 | $203.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 206179 | 5/19/2022 | $5,755.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 206183 | 5/19/2022 | $5,991.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 206194 | 5/19/2022 | $6,786.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 206210 | 5/19/2022 | $2,314.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 206217 | 5/19/2022 | $3,403.45 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 206225 | 5/19/2022 | $5,811.40 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 206227 | 5/19/2022 | $5,892.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 212813 | 7/22/2022 | $270.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 206111 | 5/19/2022 | $1,448.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213583 | 7/28/2022 | $98.29 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 212807 | 7/22/2022 | $357.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213566 | 7/28/2022 | $166.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213567 | 7/28/2022 | $294.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213570 | 7/28/2022 | $181.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213575 | 7/28/2022 | $98.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213577 | 7/28/2022 | $110.82 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213578 | 7/28/2022 | $65.29 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213580 | 7/28/2022 | $88.14 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213564 | 7/28/2022 | $144.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213582 | 7/28/2022 | $199.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213562 | 7/28/2022 | $94.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213585 | 7/28/2022 | $263.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213586 | 7/28/2022 | $196.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213589 | 7/28/2022 | $202.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213591 | 7/28/2022 | $301.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213592 | 7/28/2022 | $334.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213594 | 7/28/2022 | $116.65 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213595 | 7/28/2022 | $103.05 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213596 | 7/28/2022 | $160.29 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213581 | 7/28/2022 | $194.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213553 | 7/28/2022 | $139.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | O/A:823157 |  | $84.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 212816 | 7/22/2022 | $284.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 212818 | 7/22/2022 | $140.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 212819 | 7/22/2022 | $138.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 212823 | 7/22/2022 | $162.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 212824 | 7/22/2022 | $302.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 212829 | 7/22/2022 | $316.70 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213549 | 7/28/2022 | $400.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213565 | 7/28/2022 | $235.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213551 | 7/28/2022 | $252.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 212808 | 7/22/2022 | $41.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213554 | 7/28/2022 | $608.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213555 | 7/28/2022 | $63.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213556 | 7/28/2022 | $210.90 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213557 | 7/28/2022 | $169.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213558 | 7/28/2022 | $201.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213559 | 7/28/2022 | $437.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213560 | 7/28/2022 | $152.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213561 | 7/28/2022 | $367.38 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823157 | $28,481.42 | 3/17/2023 | 213550 | 7/28/2022 | $12.00 |

**Totals:** 1 transfer(s), $28,481.42